UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

REBECCA H. BANKES,

       Plaintiff,                                        Case No. 10-10667

v.                                                                Hon. Nancy G. Edmunds

COMMISSIONER OF SOCIAL
SECURITY,

       Defendant.

_____/

## ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [17]

This matter has come before the Court on the Magistrate Judge's July 27, 2010 Report and Recommendation [Docket Text # 17]. Being fully advised in the premises and having reviewed the record and the pleadings, including Plaintiff's objections if any, the Court hereby ACCEPTS and ADOPTS the Magistrate Judge's Report and Recommendation. Plaintiff's motion for summary judgement is DENIED and Defendant's motion for summary judgment is GRANTED.

       SO ORDERED.

                                      s/Nancy G. Edmunds
                                      Nancy G. Edmunds
                                      United States District Judge

Dated: August 25, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on August 25, 2010, by electronic and/or ordinary mail.

                                      s/Carol A. Hemeyer
                                      Case Manager